UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION
CASE NO. 3:19-cv-03509-MCR-EMT

ROBIN THORN,
   *Plaintiffs*,

- vs -

WEBER SPORTS LLC
   *Defendant.*
_____/

# PLAINTIFF'S MOTION FOR LEAVE TO APPEAR *PRO HAC VICE* BY RICHARD LIEBOWITZ

Pursuant to Local Rule 11.1(D), Plaintiff Robin Thorn respectfully asks the Court to permit Richard Liebowitz, a licensed member of the New York State Bar, to appear *pro hac vice* in this matter.

1. Mr. Liebowitz is a lawyer licensed to practice law in New York. He is a member of the New York State Bar in good standing and member of the U.S. District Court for the Southern District of New York. His law office is in Valley Stream, New York. His Certificate of Good Standing for the New York State Bar is attached hereto as <u>Exhibit A</u>.

2. Mr. Liebowitz completed the online Local Rules tutorial exam [Confirmation Number: FLND15694442752683] and the CM/ECF online tutorials.

3. Mr. Liebowitz studied and is familiar with the Local Rules of this District.

4. Mr. Liebowitz has an active upgraded PACER account. He requests authorization to receive electronic notices of filing. His email address is [rl@liebowitzlawfirm.com](mailto:rl@liebowitzlawfirm.com)

5. Mr. Liebowitz is paying the required $201.00 *pro hac vice* fee for this case at the time of filing.

For these good reasons, Plaintiff asks this court to permit Richard Liebowitz to appear *pro hac vice* in this matter.

## **CERTIFICATE OF CONFERRAL**

On October 16, 2019, undersigned counsel conferred with counsel for defendant, Jack Zoesch, who does not oppose this *pro hac vice* motion.

Respectfully submitted on October 16, 2019.

RICHARD P LIEBOWITZ
LIEBOWITZ LAW FIRM, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
516-233-1660
Email: rl@liebowitzlawfirm.com

## CERTIFICATE OF SERVICE

I certify that on October 16, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the CM/ECF and transmitted in accordance with CM/ECF requirements.

*s/richardliebowitz/*
**RICHARD LIEBOWITZ**