UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROBIN THORN,

    Plaintiff,

v.                              CASE NO. 3:19cv3509-MCR-EMT

WEBER SPORTS LLC,

    Defendant.
_____/

**O R D E R**

Pending before the Court is Plaintiff's Motion for Leave to Appear *Pro Hac Vice* by Richard Liebowitz, ECF No. 7, seeking admission of attorney Richard P. Liebowitz, of the Liebowitz Law Firm, PLLC, to appear before this Court on behalf of Plaintiff. The motion indicates Mr. Liebowitz is a member in good standing of the New York Bar Association, as stated on the certificate of good standing dated within 30 days of filing the motion, and he has successfully completed the computer-based tutorials for the local rules of this Court and CM/ECF. He has also paid the required admission fee. Having fully reviewed the matter, the Court finds that the

requirements of the Court's local rules have been satisfied, *see* N.D. Fla. Loc. R. 11.1, and the motion is due to be granted.

Accordingly:

1.  Plaintiff's Motion for Leave to Appear *Pro Hac Vice* by Richard Liebowitz, ECF No. 7, is **GRANTED**.

2.  Attorney Richard P. Liebowitz, of the Liebowitz Law Firm, PLLC, is admitted *pro hac vice* to represent the Plaintiff, Robin Thorn, pursuant to Local Rule 11.1(C).

**DONE and ORDERED** this 17th day of October 2019.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**