UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

ROBIN THORN,

           Plaintiff,

- against -

WEBER SPORTS LLC

           Defendant.

Docket No. 3:19-cv-3509-MCR-EMT

JURY TRIAL DEMANDED

## AMENDED COMPLAINT

Plaintiff Robin Thorn ("Thorn" or "Plaintiff") by and through her undersigned counsel, as and for her Amended Complaint against Defendant Weber Sports LLC ("Weber Sports" or "Defendant") hereby alleges as follows:

### NATURE OF THE ACTION

1. This is an action for copyright infringement under Section 501 of the Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of two copyrighted photographs of parts, owned and registered by Thorn, a professional photographer. Accordingly, Thorn seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

### JURISDICTION AND VENUE

2. This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*., and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3. Upon information and belief, this Court has personal jurisdiction over Defendant because Defendant resides and/or transacts business in Florida.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5. Thorn is a professional photographer in the business of licensing her photographs to print and online media for a fee having a usual place of business at 91-93 St John Street, Bridgwater TA6 5HX United Kingdom.

6. Upon information and belief, Weber Sports is a domestic limited liability company duly organized and existing under the laws of the State of Florida, with a place of business at 6688 Rocky Shores Road, Milton, Florida 32583. Upon information and belief, Weber Sports is registered with the Florida Department of Corporations to do business in Florida. At all times material hereto, Weber Sports has owned and operated a website at the URL: www.WeberSports.com (the "Website").

## STATEMENT OF FACTS

A. **Background and Plaintiff's Ownership of the Photographs**

7. Thorn photographed parts (the "Photographs"). A true and correct copy of the Photographs is attached hereto as <u>Exhibit A</u>.

8. Thorn is the author of the Photographs and has at all times been the sole owner of all right, title and interest in and to the Photographs, including the copyright thereto.

9. The Photographs were registered with United States Copyright Office and were given Copyright Registration Number VA 2-160-868.

B. **Defendant's Infringing Activities**

10. Weber Sports ran the Photographs on the Website. Screenshots of the Photographs on the Website are attached hereto as <u>Exhibit B</u>.

11. Weber Sports did not license the Photographs from Plaintiff for its Website, nor did Weber Sports have Plaintiff's permission or consent to publish the Photographs on its Website.

**CLAIM FOR RELIEF**
**(COPYRIGHT INFRINGEMENT AGAINST DEFENDANT)**
**(17 U.S.C. §§ 106, 501)**

12. Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-11 above.

13. Weber Sports infringed Plaintiff's copyright in the Photographs by reproducing and publicly displaying the Photographs on the Website. Weber Sports is not, and has never been, licensed or otherwise authorized to reproduce, publicly display, distribute and/or use the Photographs.

14. The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

15. Upon information and belief, the foregoing acts of infringement by Weber Sports have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's rights.

16. As a direct and proximate cause of the infringement by the Defendant of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and Defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1. That Defendant Weber Sports be adjudged to have infringed upon Plaintiff's copyrights in the Photographs in violation of 17 U.S.C §§ 106 and 501;

2. That Plaintiff be awarded Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's infringement of Plaintiff's Photographs;

3. That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

4. That Plaintiff be awarded pre-judgment interest; and

5. Such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).

Dated: Valley Stream, New York
October 28, 2019

                                                     LIEBOWITZ LAW FIRM, PLLC

                                                     By: /s/Richard Liebowitz
                                                           Richard P. Liebowitz
                                                    11 Sunrise Plaza, Suite 305
                                                    Valley Stream, NY 11580
                                                    Tel: (516) 233-1660
                                                    RL@LiebowitzLawFirm.com

                                                    *Attorneys for Plaintiff Robin Thorn*