# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| **ROBIN THORN** <br><br> v. <br><br> **WEBER SPORTS LLC** | CASE NO. 3:19cv3509-MCR-EMT |

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on  October 31, 2019

Motion/Pleadings: <u>MOTION TO DISMISS</u>

Filed by  Defendant   on October 11, 2019   Doc. # 6

____ Stipulated          ____ Joint Pleading
____ Unopposed         ____ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT

/s/   *Kathy Rock*
Deputy Clerk:   Kathy Rock

---

On consideration, the motion is **DENIED** as Moot. *See* Amended Complaint, ECF No. 10.

**DONE** and **ORDERED** this 1st day of November, 2019.

s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**