IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ROBIN THORN,**

    **Plaintiff,**

v.                                                  Case No. 3:19-cv-3509

**WEBER SPORTS LLC,**

    **Defendant.**
_____/

## ANSWER

Defendant, Weber Sports LLC, by and through its undersigned counsel, files this Answer to the Amended Complaint, and states as follows:

### NATURE OF THE ACTION

1. Admitted that Plaintiff brings an action for copyright infringement and seeks monetary relief. Defendant denies the remaining allegations in paragraph 1 of the Complaint.

### JURISDICTION AND VENUE

2. Admitted for jurisdictional purposes only.

3. Admitted for jurisdictional purposes only.

4. Admitted for jurisdictional purposes only.

### PARTIES

5. Without knowledge and therefore denied.

6. Admitted.

## STATEMENT OF FACTS

**A. Background and Plaintiff's Ownership of the Photograph**

7. Without knowledge and therefore denied.

8. Without knowledge and therefore denied.

9. Without knowledge and therefore denied.

**B. Background and Plaintiff's Ownership of the Photograph**

10. Without knowledge and therefore denied.

11. Without knowledge and therefore denied.

## CLAIM FOR RELIEF

12. Defendant realleges and reincorporates by reference its answers to paragraphs 1 through 11 of the Complaint, as set forth above.

13. Denied.

14. Denied.

15. Denied.

16. Denied.

## PRAYER FOR RELIEF

Defendant denies Plaintiff is entitled to the requested relief sought in the Complaint or to any relief whatsoever.

## **CERTIFICATE OF SERVICE**

I CERTIFY that on November 8, 2019, a copy hereof has been filed via CM/ECF for electronic distribution to all parties of record.

>*/s/ John R. Zoesch III*
>JOHN R. ZOESCH III
>jrz@beggslane.com
>Florida Bar No. 0045257
>BEGGS & LANE, RLLP
>501 Commendencia Street
>Pensacola, FL  32502
>(850) 432-2451
>Attorney for Defendant
>Weber Sports LLC