UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

ROBIN THORN

              Plaintiff,

v.

WEBER SPORTS LLC

              Defendant.

**Case No.: 3:19-cv-3509-MCR-EMT**

### REPORT OF THE PARTIES' PLANNING MEETING

1. The following persons participated in the Rule 26(f) conference on November 26, 2019 via telephone:

    a. Richard Liebowitz, Counsel for Plaintiff;

    b. John R. Zoesch III, Counsel for Defendant.

2. The parties respectfully request that they be permitted to complete their Initial Disclosures by December 6, 2019 due to the Thanksgiving holiday.

3. Discovery Plan

    a. Discovery will be needed on the following topics:

        i. Number of visitors to the website;

        ii. Profits from the use of the alleged Photographs;

        iii. The allegations in the Complaint;

        iv. Proof of use or display of the alleged Photographs;

       v. Plaintiff's copyright application;

      vi. Plaintiff's license fee for the Photographs;

     vii. Plaintiff's profits from sales or licensing of the Photographs;

  b. Discovery Deadline- March 31, 2020;

  c. Maximum Interrogatories; 30;

  d. Max Admissions: 30;

  e. Maximum Depositions for each side: 5;

  f. Maximum Length of Depositions: 7 hrs;

  g. The Parties do not anticipate needing experts at this time.

4. Other Items

  a. Deadline for Joinder of Parties or to Amend Pleadings- February 15, 2020

  b. Dispositive motions should be filed no later than April 15, 2020. Responses to any motion for summary judgment shall be due 21 days after service of the motion for summary judgment. Replies, if allowed, shall be due 7 days thereafter.

  c. The parties have discussed settlement and do not believe mediation will be useful at this time. Defendant believes that the cost of mediation greatly outweighs Plaintiff's potential recovery in this case.

  d. Jury Trial: 2 days

    e. The parties have discussed the matter of magistrate judge jurisdiction over this case and whether they are willing to consent to such jurisdiction.

    f. Nature and Bases of All Claims and Defenses:

        i. Plaintiff: Plaintiff asserts copyright infringement of Plaintiff's copyrighted photographs on Defendant's website without permission or authorization.

        ii. Defendant: Defendant denies Plaintiff's allegations. Plaintiff further contends that Defendant could have suffered at most minimal, if any, damages due to the alleged infringement.

5. To the extent this order does not provide for a particular matter, the Court's Initial Scheduling Order shall govern.

| | |
|---|---|
| /s/Richard Liebowitz | /s/John Zoesch |
| Richard Liebowitz | **JOHN R. ZOESCH III** |
| Liebowitz Law Firm, PLLC | BEGGS & LANE, RLLP |
| 11 Sunrise Plaza, Suite 305 | 501 Commendencia Street |
| Valley Stream, NY 11580 | Pensacola, Florida 32502 |
| T. 516-233-1660 | T: (850) 202-3340 |
| RL@LiebowitzLawFirm.com | jrz@beggslane.com |
| | |
| *Counsel for Plaintiff* | *Attorney for Defendant* |