UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ROBIN THORN, | |
| Plaintiff, | Docket No. 3:19-cv-3509-MCR-EMT |
| - against - | |
| WEBER SPORTS LLC | |
| Defendant. | |

# NOTICE OF SETTLEMENT

The parties have reached a settlement in principle. The parties will file a notice of dismissal within the next 30 days.

/s/Richard Liebowitz
Richard Liebowitz